IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:19–CV–127–BR

| | | |
|---|---|---|
| PAUL ARNOLD LEWIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| MURPHY-BROWN, LLC, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on Magistrate Judge Robert B. Jones, Jr.'s Memorandum and Recommendation ("M&R") recommending the dismissal of plaintiff's claim pursuant to 42 U.S.C. § 1983 and that plaintiff be allowed to proceed on his common law claims for nuisance and negligence. (DE # 7.) Plaintiff did not file an objection thereto.

"The Court is not required to review, under a de novo or any other standard, the factual or legal conclusion of the magistrate judge to which no objections have been raised." Clark v. Harrah's NC Casino Co., LLC, No. 1:17–CV–00240–MR–DLH, 2018 WL 4664136, at *1 (W.D.N.C. Sept. 28, 2018) (citing Thomas v. Arn, 474 U.S. 140, 150 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed.")). Accordingly, the court ADOPTS the M&R as its own. Plaintiff's § 1983 claim is DISMISSED. The Clerk is DIRECTED to send plaintiff a blank summons. Within 30 days, plaintiff shall complete the summons and return it to the Clerk for issuance. The United States Marshals Service is

DIRECTED to serve the summons with a copy of the complaint on defendant.

This 24 October 2019.

_____
W. Earl Britt
Senior U.S. District Judge